[No. 36515-1-I.    Division One.    March 24, 1997.]

DANIEL GOTTLIEB, ET AL., *Appellants*, v. P & M CONSTRUCTION, *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 93-2-26628-6, James Bates and Nancy Ann Holman, JJ., entered April 20, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Coleman, J.

[No. 36557-6-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY FINKLEA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07241-9, Carmen Otero, J., entered May 4, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36669-6-I.    Division One.    March 24, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS HUBERTO AGUIRRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-01487-5, Robert H. Alsdorf, J., entered May 22, 1995. *Remanded* by unpublished per curiam opinion.

[Nos. 36777-3-I; 37939-9-I.    Division One.    March 24, 1997.]

*In the Matter of the Personal Restraint of* WALTER WASHINGTON, JR., *Petitioner*.

THE STATE OF WASHINGTON, *Respondent*, v. WALTER WASHINGTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02193-8, Robert H. Alsdorf, J., entered September 19, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.